UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Xavier Alexander Hamilton                Defendant(s).

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/21

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~CR ( ) ( )~~

21 CR 123 (VB)

Defendant __Xavier Alexander Hamilton__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_x_ Conference Before a Judicial Officer

(During phone calls on March 12, 2021 and March 16, 2021, Mr. Hamilton authorized Benjamin Gold to affix his signature to this form)

_Xavier Alexander Hamilton_                       _B. G._
Defendant's Signature                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Xavier Alexander Hamilton_                       Benjamin Gold
Print Defendant's Name                             Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_3/19/21_                                          _____
Date                                                U.S. District Judge/~~U.S. Magistrate Judge~~