UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/27/21

------------------------------------------------------------x

UNITED STATES OF AMERICA,

v.

XAVIER ALEXANDER HAMILTON,
               Defendant.

------------------------------------------------------------x

**ORDER**

21 CR 123 (VB)

     A status conference in the above matter is scheduled for July 27, 2021, at 3:00 p.m. The

Court expects to conduct this proceeding in person in the Courthouse in Courtroom 520.

     Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY

courthouse must complete a questionnaire and have his or her temperature taken. The

questionnaire is located on the Court's website at:

https://www.nysd.uscourts.gov/sites/default/files/2020-
09/SDNY%20COVID%20ENTRY%20QUESTIONNAIRE%20GUIDE%209-2-2020.pdf.

Completing the questionnaire online and ahead of time will save time and effort upon entry.

Only those individuals who meet the entry requirements established by the questionnaire will be

permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: May 26, 2021
      White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge