# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/21

July 14, 2021

**BY E-Mail and ECF**

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 7/15/21
White Plains, NY

Bail conditions modified as set forth herein

Re:     United States v. Xavier Hamilton
        21-cr-00123 (VB)

Dear Judge Briccetti:

   I am writing on behalf of Xavier Hamilton to respectfully request that you temporarily modify the terms of Mr. Hamilton's bail conditions to allow him to travel to the District of Connecticut on Sunday, July 18, 2021. The purpose of this request is to allow Mr. Hamilton to attend the baptism of his goddaughter at the United Methodist Church of Danbury (5 Clapboard Ridge Road, Danbury, CT 06811). If approved, Mr. Hamilton would leave his home at 9:00AM on July 18, 2021 and would return to his home by 6:00PM that same day.

   I have spoken with PreTrial Officer Dominique Jackson. Officer Jackson informs me that Mr. Hamilton has been compliant with the terms of his pretrial release and that she has no objection to this request. I have also communicated with A.U.S.A. Rusmi Bhaskaran, and she does not object to this request.

Respectfully submitted,

/s/

Benjamin Gold
Assistant Federal Defender
(914) 428-8128

cc:     Rushmi Bhaskaran, AUSA
        Dominique Jackson, USPTSO
        Mr. Xavier Hamilton