UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

US,
                    Plaintiff(s),

v.

Hamilton,
                    Defendant(s).
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/21

**CALENDAR NOTICE**

21 CR 123 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

- [x] Status conference
- [ ] Telephone conference
- [ ] Pre-motion conference
- [ ] Settlement conference
- [ ] Oral argument
- [ ] Bench ruling on motion

- [ ] Final pretrial conference
- [ ] Jury selection and trial
- [ ] Bench trial
- [ ] Suppression hearing
- [ ] Plea hearing
- [ ] Sentencing

on 9/20/, 2021, at 2:30 pm, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from 7/27/21

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 7/15/, 2021
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge