# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124   Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/21

September 17, 2021

**BY E-Mail and ECF**

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   <u>United States v. Xavier Hamilton</u>
      21-cr-00123 (VB)

Dear Judge Briccetti:

I am writing on behalf of Xavier Hamilton to respectfully ask that the conference that is scheduled for September 20, 2021 be adjourned for roughly 60 days. As background, on August 23, 2021, the Government provided Mr. Hamilton with a written plea offer. Mr. Hamilton has told me that he plans to accept this offer but has asked for an adjournment to allow him additional time to review the plea agreement and to prepare for his likely plea. As such, I ask that Mr. Hamilton's case be adjourned.

I have spoken with AUSA Rushmi Bhaskaran and the Government does not object to this request. In terms of scheduling, AUSA Bhaskaran will be on trial in late October and early November. My understanding is that November 17, 2021 at 3:00pm is available for the Court. That date works for both AUSA Bhaskaran and Mr. Hamilton.

Finally, AUSA Bhaskaran asks that the Court exclude time until the next conference, pursuant to 18 U.S.C. § 3161(h)(7)(A). The defense has no objection to the exclusion of time.

Thank you for your consideration.

Respectfully submitted,

/s/

Benjamin Gold
Assistant Federal Defender
(914) 428-8128

cc:   Rushmi Bhaskaran, AUSA

---

APPLICATION GRANTED
SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 9/17/21
White Plains, NY

The conference scheduled for 9/20/21 is adjourned to 11/17/21 at 3:00 pm. Time excluded under Speedy Trial Act until 11/17/21 in the interest of justice for the reasons set forth herein.