# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

**David E. Patton**
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

2/11/22

<u>Via E-mail and ECF</u>

February 10, 2022

The Honorable Vincent L. Briccetti
District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

  Re: United States v. Xavier Alexander Hamilton
     21 Cr. 123 (VLB)

Dear Honorable Briccetti:

  I represent Xavier Alexander Hamilton in the above referenced case. I am writing to ask that Mr. Hamilton's sentencing be adjourned to a date in mid-March or to a date in April. This my first time asking that Mr. Hamilton's sentencing be adjourned. I have spoken to AUSA Bhaskaran and she does not object to this request. In terms of scheduling, both AUSA Bhaskaran and I are available on March 21, 2022 at 11:00am.

                Respectfully,

                Benjamin Gold
                Assistant Federal Defender

cc: AUSA Rushmi Bhaskaran

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 2/11/2022
White Plains, NY

Sentencing adjourned to 3/21/22 at 11:00 a.m. Defendant's submission due 3/11/22, Government submission due 3/18/22.