UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                                    :   **ORDER**

v.                                                :
                                                    :   21 CR 123 (VB)

XAVIER ALEXANDER HAMILTON,        :
                          Defendant.   :
--------------------------------------------------------------x

      Defendant Hamilton has requested early termination of supervised release. Having consulted with defendant's probation officer, who supports the request, and considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by defendant's conduct and the interest of justice.

      Accordingly, supervised release is terminated, and defendant Xavier Alexander Hamilton is discharged therefrom, effective immediately.

Dated: March 21, 2023
       White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge